UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   EDCV 16-401-VAP (KS)                      Date: June 13, 2016

Title   *Don M. Hwang v. Lee W. Gale*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 3, 2016, Plaintiff, then a California state prisoner proceeding *pro se* and *in forma pauperis*, filed a complaint ("Complaint") alleging that the private defense attorney who represented Plaintiff in connection with a series of drug charges violated Plaintiff's civil rights pursuant to 42 U.S.C. § 1983 ("Section 1983"). (Dkt. No. 1.)

On April 26, 2016, the Court dismissed the Complaint with leave to amend for the following reasons. (Dkt. No. 8.) First, the only named defendant – Plaintiff's private defense attorney – is not a state actor subject to suit under Section 1983. Second, the Complaint challenges the validity of Plaintiff's incarceration and, as such, is not cognizable under Section 1983. Third, the U.S. Supreme Court's decision in *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), precludes Plaintiff from seeking monetary damages for his allegedly unlawful conviction and sentence. The Court ordered Plaintiff to file a First Amended Complaint within 30 days, *i.e.*, no later than May 27, 2016, and warned Plaintiff that his failure to do so would result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

On May 2, 2016, the Court's April 26, 2016 order was returned to the Court marked "return to sender" and "paroled/discharged." (Dkt. No. 9.) More than 40 days have passed since the Court's April 26, 2016 order was returned to the Court, and more than two weeks have passed since Plaintiff's First Amended Complaint was due, and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 16-401-VAP (KS)                                                     Date: June 13, 2016

Title       *Don M. Hwang v. Lee W. Gale*

Plaintiff has neither filed the First Amended Complaint, notified the Court of a change of address, nor otherwise communicated with the Court about his case.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's Order of April 26, 2016 Order.

In addition, Local Rule 41-6 states that "[i]f mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."  Thus, because more than 40 days have passed since the Court's April 26, 2016 Order was returned undelivered by the Postal Service, and Plaintiff has not notified the Court of his current address, the Court has a second basis for recommending dismissal.

However, in the interests of justice, plaintiff is **ORDERED TO SHOW CAUSE on or before July 5, 2016**, why the Court should not recommend that this action be dismissed for failure to prosecute.  Plaintiff may discharge this Order by filing:  (1) a request for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's April 26, 2016 order; or (2) a First Amended Complaint.  Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed documented entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).

\\

\\

\\

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 16-401-VAP (KS)                                          Date: June 13, 2016

Title       *Don M. Hwang v. Lee W. Gale*

**Plaintiff is advised that the failure to respond to this order will lead the Court to recommend dismissal pursuant to Local Rule 41-6 and Rule 41(b) of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

:

**Initials of Preparer**   rhw