JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DON M. HWANG,** ) | **NO. EDCV 16-401-VAP (KS)** |
| **Plaintiff,** ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **LEE W. GALE,** ) | |
| **Defendant.** ) | |
| _____ ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:   Aug 30, 2016

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE

1